# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID ELLIOTT CAMPBELL, | ) | CASE. NO. 4:09 CV 3237 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER GRANTING** |
| | ) | **EXTENSION OF TIME** |
| MICHAEL J. ASTRUE, | ) | **TO FILE INITIAL BRIEF** |
| COMMISSIONER OF THE SOCIAL | ) | |
| SECURITY ADMINISTRATION | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on the Plaintiff's Motion for Extension of Time in which to file his Initial Brief. This Motion is unopposed.

IT IS ORDERED:

That the Plaintiff's Motion for Extension of Time in which to file Plaintiff's Initial Brief is granted. Plaintiff shall file his Initial Brief on or before April 22, 2010.

DATED this 19th day of April, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Judge